Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division



FILED
JAN 10 2024
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| | |
|---|---|
| IGNACIO LEMUS | Case No. 1:24cv00050 JLT HBK |
| | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |
| -v- | |
| VISALIA POLICE DEPARTMENT, <br> DOES 1-3 | |
| *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT AND REQUEST FOR INJUNCTION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | IGNACIO LEMUS |
| Street Address | 717 South Santa Fe Apt. G |
| City and County | VISALIA, COUNTY OF TULARE |
| State and Zip Code | VISALIA, 93292 |
| Telephone Number | |
| E-mail Address | |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

    Name: VISALIA POLICE DEPARTMENT
    Job or Title (if known):
    Street Address: 303 South Johnson St
    City and County: VISALIA, COUNTY OF TULARE
    State and Zip Code: CALIFORNIA, 93291
    Telephone Number:
    E-mail Address (if known):

Defendant No. 2

    Name: Doe #1
    Job or Title (if known): OFFICER
    Street Address: 303 South Johnson St
    City and County: Visalia, County of Tulare
    State and Zip Code: California, 93291
    Telephone Number:
    E-mail Address (if known):

Defendant No. 3

    Name: Doe #2
    Job or Title (if known): OFFICER
    Street Address: 303 South Johnson St
    City and County: Visalia, County of Tulare
    State and Zip Code: California, 93291
    Telephone Number:
    E-mail Address (if known):

Defendant No. 4

    Name: Doe #3
    Job or Title (if known): OFFICER
    Street Address: 303 South Johnson St
    City and County: Visalia, County of Tulare
    State and Zip Code: California, 93291
    Telephone Number:
    E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question    [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
1ST AMENDMENT, 4TH AMENDMENT, 6TH AMENDMENT, 9TH AMENDMENT

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ , and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
VISALIA CALIFORIA

B. What date and approximate time did the events giving rise to your claim(s) occur?
October 6, 2022

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

VISALIA POLICE DEPARTMENT AND SAID AGENTS ALLEGED DRUG CHARGES, DRUG POSESSIONS, DRIVING WITHOUT A LICENSE, ALL ALLEGATIONS WERE FRAUD WITH NO EVIDENCE TO SUPPORT. MADE ARREST WITHOUT MIRANDA RIGHTS AND CALLED CPS TO GAIN CUSTODY OF MY DAUGHTER WITH FRAUDULENT ACCUSATIONS. OFFICERS FAILED TO SHOW FOR TRIAL ADMITTING TO MY ATTORNEY ON RECORD THAT THEY WOULD NOT BE PRESENT DO TO THE WRONGS THEY HAD COMMITTED.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

MENTAL AND EMOTIONAL HARM AND DURESS. WRONGFUL ARREST. CHARACTER DEFEMATION. DEPRIVATION OF PROPERTY. LOSS OF DAUGHTERS CUSTODY. LOSS OF WAGES. TRAUMA.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

~~$400,000.00~~  $1,000,000.00

MENTAL AND EMOTIONAL HARM AND DURESS. WRONGFUL ARREST. CHARACTER DEFEMATION. DEPRIVATION OF PROPERTY. LOSS OF DAUGHTERS CUSTODY. LOSS OF WAGES. TRAUMA.

ANY AND ALL AWARDS, JUDGMENTS RELIEF NOT MENTIONED OR SOUGHT AT THIS TIME THAT LATER ARE ABLE TO BE AWARDED.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01-09-2024

Signature of Plaintiff: *Ignacio Lemus*
Printed Name of Plaintiff: IGNACIO LEMUS

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____